IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
)
vs ) Case No. 3:09CR106(2)
)

Eucelf Taste

ORDER TERMINATING SUPERVISED RELEASE

On October 20, 2017, the above named commenced his five (5) year term of supervised release. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the term of supervised release be terminated.

*Walter H. Rice* (tp - per Judge Rice authorization after his review)

The Honorable Walter H. Rice
United States District Judge

_____
Date